**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **163-165 East 62nd Street Holding LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4102688** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Aspen Management Group LLC** **3140 East Tremont Avenue** **2nd Floor** **Bronx, NY 10461** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL) _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **163-165 East 62nd Street Holding LLC**                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | **Michael P. D'Alessio** | | | **Manager** | |
| District | **Southern District of New York** | When | **4/17/18** | Case number, if known | **18-22552** |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 7, 2018**
                  MM / DD / YYYY

**X /s/ Michael P. D'Alessio**
    Signature of authorized representative of debtor           **Michael P. D'Alessio**
                                                            Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X /s/ Sanford P. Rosen**                          Date    **June 7, 2018**
    Signature of attorney for debtor                                          MM / DD / YYYY

**Sanford P. Rosen (SR-4966)**
Printed name

**Rosen & Associates, P.C.**
Firm name

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 223-1100**         Email address    **srosen@rosenpc.com**

**(SR-4966) NY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 7, 2018**      X **/s/ Michael P. D'Alessio**
                                              Signature of individual signing on behalf of debtor

                                           **Michael P. D'Alessio**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name    **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................    $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $         **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $         **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $         **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $         **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **18,950,000.00**

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b                                                                                              $     **18,950,000.00**

**Fill in this information to identify the case:**

Debtor name       **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **The Westchester Bank** | **Checking** | **3044** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| Debtor | **163-165 East 62nd Street Holding LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

| 15.1. | **163-165 East 62nd Street Associates LLC** | **100** % | | **Unknown** |
|---|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.** | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(If known)* | |
|--------|-------------------------------------------|---------------------------|--|
| | Name | | |

---

<span style="background-color:black;color:white">Part 12:</span>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

                                                         **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|
| | **1516 Realty Group LLC**<br>**97-77 Queens Blvd, TWR 3**<br>**Rego Park, NY 11374**<br><br>Date(s) debt was incurred  __5/9/15__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **Adam Fields**<br>**9769 Apricot Lane**<br>**Beverly Hills, CA 90210**<br><br>Date(s) debt was incurred  __7/30/15__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|
| | **Allan Miller**<br>**12 North Lane Drive**<br>**Armonk, NY 10504**<br><br>Date(s) debt was incurred  __6/27/16__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|
| | **Andrew West**<br>**33 Gateway Drive**<br>**Great Neck, NY 11021**<br><br>Date(s) debt was incurred  __8/8/16__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Anita Gupta**
**2123 Williamsbridge Road**
**Bronx, NY 10461**

Date(s) debt was incurred **7/31/15**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Anthony Bastone**
**1913 Bronxdale Ave**
**Bronx, NY 10462**

Date(s) debt was incurred **11/4/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Anthony Bonomo Jr.**
**10 Walter Lane**
**Manhasset, NY 11030**

Date(s) debt was incurred **8/6/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00** |
|---|---|---|---|

**Anthony Bonomo Sr.**
**10 Walter Lane**
**Manhasset, NY 11030**

Date(s) debt was incurred **8/6/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Antonio Zaino**
**7 South Ridge Road**
**Brookfield, CT 06804**

Date(s) debt was incurred **5/16/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Arnold Waldman**
**581 Leheigh Lane**
**Woodmere, NY 11598**

Date(s) debt was incurred **7/12/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Attis Properties Inc**
**Attn: Michael Kohn**
**500 Mamaroneck Ave, Suite 320**
**Harrison, NY 10528**

Date(s) debt was incurred **7/18/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Barbara Fiederlein Trust,**
**David Fiederlein, Trustee**
**56 Majestic Ridge**
**Carmel, NY 10512**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/31/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Barry Blitstein**
**55 Ocean Avenue, #6B**
**Monmouth Beach, NJ 07750**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/31/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Barry Drucker**
**20 Long Ledge Drive**
**Rye Brook, NY 10573**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/25/16**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Barry Ipp**
**27 West Rock Trail**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/7/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bruce Azus**
**9 Bensin Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/5/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Canzone Contracting Corp**
**218 W. Lincoln Ave**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/7/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Carl Bonomo**
**49 Harvard Drive**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/8/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Carmine Lippolis**
**25 Seventh Street**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/29/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Carol Merkel**
**323 Polaris Street**
**Dauphin Island, AL 36528**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/8/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Chantal Pick**
**866 Evergreen Drive**
**West Hempstead, NY 11552**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/11/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Charles Barovian**
**1763 West 9th Street**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/1/16**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Clifford & Gail Bassett**
**535 East 86th Street**
**Apt #6J**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/4/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Cohen Children Trust, David**
**Cohen Trustee**
**1875 Julian Lane**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/6/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Conrad Strohl**
**2 Larch Lane**
**Marlboro, NJ 07746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/4/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Cy Blanco**
**104 Mildred Parkway**
**New Rochelle, NY 10804**

Date(s) debt was incurred  **5/2/15**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Cynthia Petretti**
**4 North Lane**
**Mahopac, NY 10541**

Date(s) debt was incurred  **7/31/15**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Daniel Rifkin**
**P.O. Box 9338**
**Bardonia, NY 10954**

Date(s) debt was incurred  **5/5/15**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Darren Kay**
**19 Fells Drive**
**Manalapan, NJ 07726**

Date(s) debt was incurred  **7/30/15**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**David & Susan Diamond**
**3677 East Tremont Ave**
**Bronx, NY 10465**

Date(s) debt was incurred  **12/30/15**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**David Bauer**
**31 Deepwood Road**
**Wilton, CT 06897**

Date(s) debt was incurred  **8/6/15**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**David Katz**
**19 Cob Drive**
**Westport, CT 06880**

Date(s) debt was incurred  **7/31/15**

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**David Levy**
**25 Wren Drive**
**Roslyn, NY 11576**

Date(s) debt was incurred  **8/24/15**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**David S. Cohen**
**48 Chester Ct**
**Cortlandt Manor, NY 10567**

Date(s) debt was incurred  **2/5/16**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**David Tesser**
**1800 Merrick Road**
**Merrick, NY 11566**

Date(s) debt was incurred  **8/4/15**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Dennis Korchinski**
**38 Red Oak Road**
**Fairfield, CT 06824**

Date(s) debt was incurred  **10/7/15**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850,000.00** |
|---|---|---|---|

**Diamond Enterprises LLC**
**3677 East Tremont Ave**
**Bronx, NY 10465**

Date(s) debt was incurred  **4/23/15**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Dodd Farber**
**27 Wampus Lake Drive**
**Armonk, NY 10504**

Date(s) debt was incurred  **7/6/16**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Donald Konrad**
**68 Pearl Farm Road**
**Stamford, CT 06902**

Date(s) debt was incurred  **7/12/16**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Douglas Scibelli**
**124 Ludlow Street**
**Apt 4C**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/11/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Dov Kesselman**
**317 Chestnut Street**
**West Hempstead, NY 11552**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/8/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Ed Tesser**
**2536 Army Place**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/11/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Elizabeth Armstrong**
**10041 Sasser Lane**
**Mobile, AL 36695**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/23/16**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Erin Diamond**
**3677 East Tremont Ave**
**Bronx, NY 10465**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/19/16**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**Fallon Rose LLC**
**Attn: Owen Grant**
**82 Wellington Road**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/17/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Fiederlein Family 2012 Gift Tr**
**ust, B. Fiederlein Trustee**
**56 Majestic Ridge**
**Carmel, NY 10512**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/31/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | 163-165 East 62nd Street Holding LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|
| | **Friedricks Associates LTD**<br>**Attn: Darryl Friedrick**<br>**235 W 76th Street, #5E**<br>**New York, NY 10023** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/20/15 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|
| | **Gerald Levy**<br>**c/o Neil Levy**<br>**36 Woodmont Rd**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/7/15 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Glenn Messinger**<br>**5 Clipper Way**<br>**Marblehead, MA 01945** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  7/31/15 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100,000.00 |
|---|---|---|---|
| | **Golden Touch Investments LLC**<br>**343 Sperry Road**<br>**Bethany, CT 06524** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  1/15/16 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600,000.00 |
|---|---|---|---|
| | **Grant & Fox LLC**<br>**139 Fulton Street**<br>**Room 907**<br>**New York, NY 10038** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  1/26/16 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Gregory Calabro**<br>**22 Essex Road**<br>**Maplewood, NJ 07040** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/6/15 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | **Harrilyn Dolman**<br>**215 Montecito Crescent**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/8/15 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Harvey Stevens**
**8 East 83rd Street**
**Apt 10F**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **8/1/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Herminio Torres**
**6916 58th Road**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **12/4/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Hewlett Trading Co LLC**
**Attn: Richard Berman**
**3421 Hewlett Avenue**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **5/9/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Integrated Electronic**
**Solutions Inc**
**1053 Saw Mill River Rd**
**Yonkers, NY 10710**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **8/4/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Jack Perlman**
**35 West 94th Street**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **10/13/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jaclyn Bonomo**
**10 Walter Lane**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **8/6/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jacqueline Martinez**
**9 Thomas Drive**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **12/11/15**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Jason Griffith** | ☐ Contingent | |
| | **66 Hillside Crescent** | ☐ Unliquidated | |
| | **New Rochelle, NY 10804** | ■ Disputed | |
| | Date(s) debt was incurred  **6/21/16** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Jeffrey Mortman** | ☐ Contingent | |
| | **2 Stratton Drive** | ☐ Unliquidated | |
| | **Wayne, NJ 07470** | ■ Disputed | |
| | Date(s) debt was incurred  **8/14/15** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Jeffrey Pinsky** | ☐ Contingent | |
| | **22 Highfield Avenue** | ☐ Unliquidated | |
| | **Port Washington, NY 11050** | ■ Disputed | |
| | Date(s) debt was incurred  **7/7/16** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Jerry Pinsky** | ☐ Contingent | |
| | **163 Pondview Drive** | ☐ Unliquidated | |
| | **Port Washington, NY 11050** | ■ Disputed | |
| | Date(s) debt was incurred  **7/25/15** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **John Bonito** | ☐ Contingent | |
| | **9 Halock Drive** | ☐ Unliquidated | |
| | **Greenwich, CT 06831** | ■ Disputed | |
| | Date(s) debt was incurred  **7/27/16** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **John Cannon** | ☐ Contingent | |
| | **15 Farmington Lane** | ☐ Unliquidated | |
| | **Melville, NY 11747** | ■ Disputed | |
| | Date(s) debt was incurred  **8/7/15** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **John Ernenwein** | ☐ Contingent | |
| | **51 Osborne Road** | ☐ Unliquidated | |
| | **Garden City, NY 11530** | ■ Disputed | |
| | Date(s) debt was incurred  **8/10/15** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Jon Hansburg**
**19 Smith Farm Road**
**Bedford, NY 10506**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/12/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Joseph Breda**
**438 Fifth Ave**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/20/16**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Joseph Dinoia**
**15833 Double Eagle Trail**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/4/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Josh Manson**
**54 The Oaks**
**Roslyn, NY 11576**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/8/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Joshua & Angie Brown**
**15 Tally Ho Lane**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/10/16**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Judah Hammer**
**301 Eastwood Road**
**Woodmere, NY 11598**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/4/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Julianne Bonomo**
**10 Walter Lane**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/6/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Keith Hummel**
**10 Carriage Hill Road**
**West Harrison, NY 10604**

Date(s) debt was incurred **8/6/15**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Kurt Voellmicke**
**20 Belvedere Court**
**Ridgefield, CT 06877**

Date(s) debt was incurred **9/9/16**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Lawrence & Fara Tesser**
**1968 Melthew Ct**
**Merrick, NY 11566**

Date(s) debt was incurred **8/15/15**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Lawrence Dolin**
**11 Sands Court**
**Port Washington, NY 11050**

Date(s) debt was incurred **10/22/15**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Lillian Fazio**
**8716 Crystal Rock Lane**
**Laurel, MD 20708**

Date(s) debt was incurred **8/4/15**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Lisa West**
**33 Gateway Drive**
**Great Neck, NY 11021**

Date(s) debt was incurred **10/23/15**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Luis Flores**
**11594 N. Quandry Dr**
**Tucson, AZ 85737**

Date(s) debt was incurred **4/29/15**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Luise Barrack**
**47 Beechwood Road**
**Irvington, NY 10533**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **11/4/16**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**MAF Realty Ventures LLC**
**Attn: Michael Finamore**
**8 Engineers Road**
**Roslyn, NY 11576**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **12/19/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Maria Pedersen**
**12 Byram Meadows**
**Chappaqua, NY 10514**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **5/8/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Marilyn Shendell**
**7 Sunrise Drive**
**Armonk, NY 10504**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **6/27/16**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Mark Engel**
**1 Forest Drive**
**Port Washington, NY 11050**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **7/12/16**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Mary Middelton**
**3930 Grand Ave #308**
**Des Moines, IA 50312**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **12/16/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Matthew Engel**
**19 Soundview**
**Port Washington, NY 11050**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **7/12/16**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Michael & Virginia Salvemini**
**51 Stoney Drive**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred  12/19/16

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Michael Burden**
**45 Stonewall Circle**
**West Harrison, NY 10604**

Date(s) debt was incurred  7/31/15

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Michael Eigner**
**3674 Toulouse Drive**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred  7/15/16

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Michael Kesselman**
**317 Chestnut Street**
**West Hempstead, NY 11552**

Date(s) debt was incurred  8/11/15

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Michael Shenker**
**113 Harrison Road**
**Wayne, NJ 07470**

Date(s) debt was incurred  8/4/15

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Michele DeFranco**
**27 Valley Terrace**
**Rye Brook, NY 10573**

Date(s) debt was incurred  8/11/15

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Monica Spier Rev.Trust U/A**
**7/29/14, Monica Spier Trustee**
**120 Bennett Ave. Apt 4L**
**New York, NY 10033**

Date(s) debt was incurred  8/15/15

Last 4 digits of account number

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Nadia Nedelcheva**<br>**835 Woodbine Ave**<br>**Mamaroneck, NY 10543** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  2/24/16 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Nathan & Pearl Halegua**<br>**c/o Jonis Realty**<br>**6 Grace Ave, 4th Fl**<br>**Great Neck, NY 11021** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  6/22/16 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Neil Levy**<br>**36 Woodmont Road**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/12/15 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **Neil Ptashnik**<br>**40 Forest Lake Drive**<br>**West Harrison, NY 10604** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  7/29/15 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Nellie Giblaint**<br>**10045 Waterford Way**<br>**Mobile, AL 36695** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  3/23/16 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Nicholas Guerriero**<br>**7 Baltusrol Drive**<br>**Purchase, NY 10577** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  10/1/16 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **P & R Family LLC**<br>**Attn: Rochelle Kesselman**<br>**P.O. Box 549**<br>**West Hempstead, NY 11552** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  8/11/15 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Paul Bunt**
**21150 NE 38th Ave**
**Apt 2901**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/11/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**PCJ Investments LLC**
**Attn: Greg Blatt**
**26 Flower House Drive**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/1/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Pensco Trust Company**
**FBO Howard Rosen**
**P.O. Box 173859**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/11/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Pensco Trust Company**
**FBO James Wacht**
**600 Madison Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/6/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Peter Dreyfuss**
**440 East 79th Street**
**Apt 12B**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/7/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Peter Rosenthal**
**23 Percheron Lane**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/5/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Philip Fiederlein**
**4 North Lane**
**Mahopac, NY 10541**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/31/15**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Philip Goldstein Living Trust**
**P. Goldstein Trustee**
**3975 Segwick Ave Apt 4H**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/29/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Philip Malakoff**
**23 Old Field Lane**
**Great Neck, NY 11020**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/16/17**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Phyllis C. Cohen Irrev. Trust**
**David S. Cohen Trustee**
**48 Chester Ct**
**Cortlandt Manor, NY 10567**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/31/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Ram Gupta**
**2123 Williamsbridge Road**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/31/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750,000.00** |
|---|---|---|---|

**Rejis Realty LLC**
**c/o Mautner Glick Corp**
**1345 Third Ave**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/12/15**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**Rella Fogliano**
**438 Fifth Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/14/16**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Richard Giliotti**
**7 Magnolia Drive**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/21/16**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor    **163-165 East 62nd Street Holding LLC**                                    Case number *(if known)* _____
_____
Name

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**RNG WEA LLC**
**Attn: Mitchell Newman**
**3 Oxford Court**
**Morganville, NJ 07751**

Date(s) debt was incurred  8/5/15

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | **$100,000.00** |
|---|---|---|---|

**Robert Cicero**
**1 Fox Ridge Drive**
**New Milford, CT 06776**

Date(s) debt was incurred  3/22/16

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | **$300,000.00** |
|---|---|---|---|

**Robert Feldman**
**1249 Veeder Drive**
**Hewlett, NY 11557**

Date(s) debt was incurred  7/31/15

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | | **$50,000.00** |
|---|---|---|---|

**Robert Hochman**
**75 Maiden Lane**
**Suite 802**
**New York, NY 10038**

Date(s) debt was incurred  12/1/15

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | | **$100,000.00** |
|---|---|---|---|

**Robert Rosen**
**1 Revere Lane**
**Purchase, NY 10577**

Date(s) debt was incurred  7/7/16

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | | **$450,000.00** |
|---|---|---|---|

**Robert Rosenthal**
**1 Jericho Plaza**
**Suite 201**
**Jericho, NY 11753**

Date(s) debt was incurred  10/1/15

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | | **$50,000.00** |
|---|---|---|---|

**Rochelle Kesselman**
**317 Chestnut Street**
**West Hempstead, NY 11552**

Date(s) debt was incurred  8/11/15

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Roger Colonna** <br> **24 Basswood Drive** <br> **Denville, NJ 07834** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  __1/12/17__ | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Roger Schneier** <br> **8167 Valhalla Drive** <br> **Delray Beach, FL 33446** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  __8/8/15__ | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **Ronald Garfunkel** <br> **127 Church Hill Road** <br> **Washington Depot, CT 06794** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  __9/15/15__ | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Ross Epstein** <br> **925 Monroe Lane** <br> **Hewlett Neck, NY 11598** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  __8/11/15__ | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Ross Goldenberg** <br> **116 Storer Ave** <br> **New Rochelle, NY 10801** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  __7/12/16__ | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **Ross Weissman** <br> **4 Cypress Point Drive** <br> **Purchase, NY 10577** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  __8/11/15__ | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Saulyco LLC** <br> **Attn: Issac Stern** <br> **220 Surrey Road** <br> **Hillside, NJ 07205** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  __7/31/15__ | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **163-165 East 62nd Street Holding LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Scott DeCarolis** | ☐ Contingent | |
| | **26 Oak Drive** | ☐ Unliquidated | |
| | **Upper Saddle River, NJ 07458** | ☑ Disputed | |
| | Date(s) debt was incurred **1/19/17** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Shoshana Abramoff** | ☐ Contingent | |
| | **4101 Pine Tree Drive** | ☐ Unliquidated | |
| | **Apt # 1726** | ☑ Disputed | |
| | **Miami Beach, FL 33140** | | |
| | Date(s) debt was incurred **8/11/15** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Six Six Holdings 62nd St LLC** | ☐ Contingent | |
| | **Att: Jordon Keltz** | ☐ Unliquidated | |
| | **49 East 21st Street, Apt 9D** | ☑ Disputed | |
| | **New York, NY 10010** | | |
| | Date(s) debt was incurred **8/13/15** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Stephen Nardoni** | ☐ Contingent | |
| | **305 East 24th Street** | ☐ Unliquidated | |
| | **Apt LB** | ☑ Disputed | |
| | **New York, NY 10010** | | |
| | Date(s) debt was incurred **8/6/15** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Stephen Wolinetz** | ☐ Contingent | |
| | **900 Willis Ave** | ☐ Unliquidated | |
| | **Albertson, NY 11507** | ☑ Disputed | |
| | Date(s) debt was incurred **7/12/16** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Steven Napoli** | ☐ Contingent | |
| | **66 Tintern Lane** | ☐ Unliquidated | |
| | **Scarsdale, NY 10583** | ☑ Disputed | |
| | Date(s) debt was incurred **8/6/15** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **The Hyman Cohen REV Trust** | ☐ Contingent | |
| | **Attn: David Cohen** | ☐ Unliquidated | |
| | **1875 Julian Lane** | ☑ Disputed | |
| | **Merrick, NY 11566** | | |
| | Date(s) debt was incurred **8/6/15** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**The Joshua Epstein 2009 Trust**
**c/o Ross Epstein**
**925 Monroe Lane**
**Hewlett Neck, NY 11598**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __8/10/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**The Payroll Store Investments**
**Attn: Evan Steinbach**
**575 Underhill Blvd, Suite 205**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __8/10/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Timothy Gold**
**4 Rolling Hill Rd**
**Old Westbury, NY 11568**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __7/20/16__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**TLM Holdings LLC**
**215 East 68th Street**
**Apt #17-Y**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __8/19/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**William Bonomo**
**21 Sunset Blvd**
**Massapequa, NY 11758**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __8/8/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**William Jebaily**
**81 Iron Mine Drive**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __4/30/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Yehuda Biber**
**1016 Crestwood Rd**
**Woodmere, NY 11598**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __8/5/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **Yoser & Elisheva Oratz** | ☐ Contingent | |
| | **201 Davis Avenue** | ☐ Unliquidated | |
| | **White Plains, NY 10605** | ■ Disputed | |
| | Date(s) debt was incurred  8/31/15 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Zachary Stone** | ☐ Contingent | |
| | **1 Upland Woods Circle** | ☐ Unliquidated | |
| | **#301** | ■ Disputed | |
| | **Norwood, MA 02062** | | |
| | Date(s) debt was incurred  11/18/16 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Howard Rosen** <br> **4 Horizon Road # 1006** <br> **Fort Lee, NJ 07024** | Line  **3.105** <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Klein Wealth Mgmt Hightower** <br> **445 Broad Hollow Rd** <br> **Suite 332** <br> **Melville, NY 11747** | Line  **3.8** <br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Klein Wealth Mgmt Hightower** <br> **445 Broad Hollow Rd** <br> **Suite 332** <br> **Melville, NY 11747** | Line  **3.7** <br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **Klein Wealth Mgmt Hightower** <br> **445 Broad Hollow Rd** <br> **Suite 332** <br> **Melville, NY 11747** | Line  **3.59** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **Law Of Judd R. Spray** <br> **450 Seventh Ave, 33rd Fl** <br> **New York, NY 10123** | Line  **3.55** <br> ☐ Not listed. Explain ____ | _ |
| 4.6 | **Rosenfeld & Kaplan LLP** <br> **1180 Ave of the Americas** <br> **Suite 1920** <br> **New York, NY 10036** | Line  **3.11** <br> ☐ Not listed. Explain ____ | _ |
| 4.7 | **Rosenfeld & Kaplan LLP** <br> **1180 Ave of the Americas** <br> **Suite 1920** <br> **New York, NY 10036** | Line  **3.40** <br> ☐ Not listed. Explain ____ | _ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.72**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.85**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.110**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.115**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.117**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 18,950,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 18,950,000.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **1516 Realty Group LLC** | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |
| 2.2 | **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Adam Fields** | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |
| 2.3 | **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Allan Miller** | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.4 | **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Andrew West** | ☐ D _____ ■ E/F ___3.4___ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.5 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Anita Gupta | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
|---|---|---|---|---|
| 2.6 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Anthony Bastone | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.7 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Anthony Bonomo Sr. | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.8 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Anthony Bonomo Jr. | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.9 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Antonio Zaino | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.10 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Arnold Waldman | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.11 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Attis Properties Inc | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | _____ |
|--------|-------------------------------------------|---------------------------|------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Barbara Fiederlein Trust, | ☐ D _____ ■ E/F __**3.12**__ ☐ G _____ |
| 2.13 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Barry Blitstein | ☐ D _____ ■ E/F __**3.13**__ ☐ G _____ |
| 2.14 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Barry Drucker | ☐ D _____ ■ E/F __**3.14**__ ☐ G _____ |
| 2.15 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Barry Ipp | ☐ D _____ ■ E/F __**3.15**__ ☐ G _____ |
| 2.16 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Bruce Azus | ☐ D _____ ■ E/F __**3.16**__ ☐ G _____ |
| 2.17 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Canzone Contracting Corp | ☐ D _____ ■ E/F __**3.17**__ ☐ G _____ |
| 2.18 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Carl Bonomo | ☐ D _____ ■ E/F __**3.18**__ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.19 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Carmine Lippolis | ☐ D ____<br>■ E/F ___3.19___<br>☐ G ____ |
| 2.20 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Carol Merkel | ☐ D ____<br>■ E/F ___3.20___<br>☐ G ____ |
| 2.21 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Chantal Pick | ☐ D ____<br>■ E/F ___3.21___<br>☐ G ____ |
| 2.22 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Charles Barovian | ☐ D ____<br>■ E/F ___3.22___<br>☐ G ____ |
| 2.23 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Clifford & Gail Bassett | ☐ D ____<br>■ E/F ___3.23___<br>☐ G ____ |
| 2.24 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Cohen Children Trust, David | ☐ D ____<br>■ E/F ___3.24___<br>☐ G ____ |
| 2.25 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Conrad Strohl | ☐ D ____<br>■ E/F ___3.25___<br>☐ G ____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.26 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Cy Blanco | ☐ D _____ ■ E/F ___3.26___ ☐ G _____ |
|---|---|---|---|---|
| 2.27 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Cynthia Petretti | ☐ D _____ ■ E/F ___3.27___ ☐ G _____ |
| 2.28 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Daniel Rifkin | ☐ D _____ ■ E/F ___3.28___ ☐ G _____ |
| 2.29 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Darren Kay | ☐ D _____ ■ E/F ___3.29___ ☐ G _____ |
| 2.30 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | David & Susan Diamond | ☐ D _____ ■ E/F ___3.30___ ☐ G _____ |
| 2.31 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | David Bauer | ☐ D _____ ■ E/F ___3.31___ ☐ G _____ |
| 2.32 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | David Katz | ☐ D _____ ■ E/F ___3.32___ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.33 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | David Levy | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.34 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | David S. Cohen | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.35 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | David Tesser | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.36 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Dennis Korchinski | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.37 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Diamond Enterprises LLC | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.38 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Dodd Farber | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.39 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Donald Konrad | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Douglas Scibelli | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.41 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Dov Kesselman | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.42 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Ed Tesser | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.43 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Elizabeth Armstrong | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.44 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Erin Diamond | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.45 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Fallon Rose LLC | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.46 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Fiederlein Family 2012 Gift Tr | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

2.47  Michael P. D'Alessio
265 East 66th Street
Apt 28F
New York, NY 10065
Friedricks Associates LTD
☐ D _____
■ E/F __3.47__
☐ G _____

2.48  Michael P. D'Alessio
265 East 66th Street
Apt 28F
New York, NY 10065
Gerald Levy
☐ D _____
■ E/F __3.48__
☐ G _____

2.49  Michael P. D'Alessio
265 East 66th Street
Apt 28F
New York, NY 10065
Glenn Messinger
☐ D _____
■ E/F __3.49__
☐ G _____

2.50  Michael P. D'Alessio
265 East 66th Street
Apt 28F
New York, NY 10065
Golden Touch Investments LLC
☐ D _____
■ E/F __3.50__
☐ G _____

2.51  Michael P. D'Alessio
265 East 66th Street
Apt 28F
New York, NY 10065
Grant & Fox LLC
☐ D _____
■ E/F __3.51__
☐ G _____

2.52  Michael P. D'Alessio
265 East 66th Street
Apt 28F
New York, NY 10065
Gregory Calabro
☐ D _____
■ E/F __3.52__
☐ G _____

2.53  Michael P. D'Alessio
265 East 66th Street
Apt 28F
New York, NY 10065
Harrilyn Dolman
☐ D _____
■ E/F __3.53__
☐ G _____

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Harvey Stevens | ☐ D _____ ■ E/F __3.54__ ☐ G _____ |
| 2.55 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Herminio Torres | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.56 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Hewlett Trading Co LLC | ☐ D _____ ■ E/F __3.56__ ☐ G _____ |
| 2.57 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Integrated Electronic | ☐ D _____ ■ E/F __3.57__ ☐ G _____ |
| 2.58 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Jack Perlman | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |
| 2.59 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Jaclyn Bonomo | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.60 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Jacqueline Martinez | ☐ D _____ ■ E/F __3.60__ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.61 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jason Griffith | ☐ D _____<br>■ E/F __3.61__<br>☐ G _____ |
| 2.62 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jeffrey Mortman | ☐ D _____<br>■ E/F __3.62__<br>☐ G _____ |
| 2.63 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jeffrey Pinsky | ☐ D _____<br>■ E/F __3.63__<br>☐ G _____ |
| 2.64 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jerry Pinsky | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.65 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | John Bonito | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.66 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | John Cannon | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.67 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | John Ernenwein | ☐ D _____<br>■ E/F __3.67__<br>☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.68 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jon Hansburg | ☐ D _____<br>■ E/F __3.68__<br>☐ G _____ |

| | | | | |
|---|---|---|---|---|
| 2.68 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jon Hansburg | ☐ D _____<br>■ E/F __3.68__<br>☐ G _____ |
| 2.69 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Joseph Breda | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.70 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Joseph Dinoia | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.71 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Josh Manson | ☐ D _____<br>■ E/F __3.71__<br>☐ G _____ |
| 2.72 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Joshua & Angie Brown | ☐ D _____<br>■ E/F __3.72__<br>☐ G _____ |
| 2.73 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Judah Hammer | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.74 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Julianne Bonomo | ☐ D _____<br>■ E/F __3.74__<br>☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | _____ |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.75 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Keith Hummel | ☐ D _____<br>■ E/F _**3.75**_<br>☐ G _____ |
| 2.76 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Kurt Voellmicke | ☐ D _____<br>■ E/F _**3.76**_<br>☐ G _____ |
| 2.77 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Lawrence & Fara Tesser | ☐ D _____<br>■ E/F _**3.77**_<br>☐ G _____ |
| 2.78 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Lawrence Dolin | ☐ D _____<br>■ E/F _**3.78**_<br>☐ G _____ |
| 2.79 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Lillian Fazio | ☐ D _____<br>■ E/F _**3.79**_<br>☐ G _____ |
| 2.80 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Lisa West | ☐ D _____<br>■ E/F _**3.80**_<br>☐ G _____ |
| 2.81 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Luis Flores | ☐ D _____<br>■ E/F _**3.81**_<br>☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.82 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Luise Barrack | ☐ D _____ ■ E/F __3.82__ ☐ G _____ |
| 2.83 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | MAF Realty Ventures LLC | ☐ D _____ ■ E/F __3.83__ ☐ G _____ |
| 2.84 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Maria Pedersen | ☐ D _____ ■ E/F __3.84__ ☐ G _____ |
| 2.85 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Marilyn Shendell | ☐ D _____ ■ E/F __3.85__ ☐ G _____ |
| 2.86 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Mark Engel | ☐ D _____ ■ E/F __3.86__ ☐ G _____ |
| 2.87 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Mary Middelton | ☐ D _____ ■ E/F __3.87__ ☐ G _____ |
| 2.88 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Matthew Engel | ☐ D _____ ■ E/F __3.88__ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.89 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michael & Virginia Salvemini | ☐ D _____ <br> ■ E/F __3.89__ <br> ☐ G _____ |
| 2.90 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michael Burden | ☐ D _____ <br> ■ E/F __3.90__ <br> ☐ G _____ |
| 2.91 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michael Eigner | ☐ D _____ <br> ■ E/F __3.91__ <br> ☐ G _____ |
| 2.92 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michael Kesselman | ☐ D _____ <br> ■ E/F __3.92__ <br> ☐ G _____ |
| 2.93 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michael Shenker | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |
| 2.94 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michele DeFranco | ☐ D _____ <br> ■ E/F __3.94__ <br> ☐ G _____ |
| 2.95 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Monica Spier Rev.Trust U/A | ☐ D _____ <br> ■ E/F __3.95__ <br> ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | _____ |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |

| 2.96 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Nadia Nedelcheva | ☐ D _____<br>☑ E/F __3.96__<br>☐ G _____ |
| 2.97 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Nathan & Pearl Halegua | ☐ D _____<br>☑ E/F __3.97__<br>☐ G _____ |
| 2.98 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Neil Levy | ☐ D _____<br>☑ E/F __3.98__<br>☐ G _____ |
| 2.99 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Neil Ptashnik | ☐ D _____<br>☑ E/F __3.99__<br>☐ G _____ |
| 2.100 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Nellie Giblaint | ☐ D _____<br>☑ E/F __3.100__<br>☐ G _____ |
| 2.101 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Nicholas Guerriero | ☐ D _____<br>☑ E/F __3.101__<br>☐ G _____ |
| 2.102 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | P & R Family LLC | ☐ D _____<br>☑ E/F __3.102__<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.10 3 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Paul Bunt | ☐ D _____ ■ E/F __3.103__ ☐ G _____ |
| 2.10 4 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | PCJ Investments LLC | ☐ D _____ ■ E/F __3.104__ ☐ G _____ |
| 2.10 5 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Pensco Trust Company | ☐ D _____ ■ E/F __3.105__ ☐ G _____ |
| 2.10 6 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Pensco Trust Company | ☐ D _____ ■ E/F __3.106__ ☐ G _____ |
| 2.10 7 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Peter Dreyfuss | ☐ D _____ ■ E/F __3.107__ ☐ G _____ |
| 2.10 8 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Peter Rosenthal | ☐ D _____ ■ E/F __3.108__ ☐ G _____ |
| 2.10 9 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Philip Fiederlein | ☐ D _____ ■ E/F __3.109__ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Philip Goldstein Living Trust | ☐ D _____  ■ E/F __3.110__  ☐ G _____ |
| 2.111 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Philip Malakoff | ☐ D _____  ■ E/F __3.111__  ☐ G _____ |
| 2.112 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Phyllis C. Cohen Irrev. Trust | ☐ D _____  ■ E/F __3.112__  ☐ G _____ |
| 2.113 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Ram Gupta | ☐ D _____  ■ E/F __3.113__  ☐ G _____ |
| 2.114 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Rejis Realty LLC | ☐ D _____  ■ E/F __3.114__  ☐ G _____ |
| 2.115 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Rella Fogliano | ☐ D _____  ■ E/F __3.115__  ☐ G _____ |
| 2.116 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Richard Giliotti | ☐ D _____  ■ E/F __3.116__  ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.117 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | RNG WEA LLC | ☐ D _____ ■ E/F __3.117__ ☐ G _____ |

| 2.118 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Robert Cicero | ☐ D _____ ■ E/F __3.118__ ☐ G _____ |

| 2.119 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Robert Feldman | ☐ D _____ ■ E/F __3.119__ ☐ G _____ |

| 2.120 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Robert Hochman | ☐ D _____ ■ E/F __3.120__ ☐ G _____ |

| 2.121 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Robert Rosen | ☐ D _____ ■ E/F __3.121__ ☐ G _____ |

| 2.122 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Robert Rosenthal | ☐ D _____ ■ E/F __3.122__ ☐ G _____ |

| 2.123 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Rochelle Kesselman | ☐ D _____ ■ E/F __3.123__ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.124 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Roger Colonna | ☐ D _____ ■ E/F __3.124__ ☐ G _____ |
|---|---|---|---|---|
| 2.125 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Roger Schneier | ☐ D _____ ■ E/F __3.125__ ☐ G _____ |
| 2.126 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Ronald Garfunkel | ☐ D _____ ■ E/F __3.126__ ☐ G _____ |
| 2.127 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Ross Epstein | ☐ D _____ ■ E/F __3.127__ ☐ G _____ |
| 2.128 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Ross Goldenberg | ☐ D _____ ■ E/F __3.128__ ☐ G _____ |
| 2.129 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Ross Weissman | ☐ D _____ ■ E/F __3.129__ ☐ G _____ |
| 2.130 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Saulyco LLC | ☐ D _____ ■ E/F __3.130__ ☐ G _____ |

Debtor    **163-165 East 62nd Street Holding LLC**                        Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| 2.13 1 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Scott DeCarolis | ☐ D _____ ■ E/F __3.131__ ☐ G _____ |
|---|---|---|---|---|
| 2.13 2 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Shoshana Abramoff | ☐ D _____ ■ E/F __3.132__ ☐ G _____ |
| 2.13 3 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Six Six Holdings 62nd St LLC | ☐ D _____ ■ E/F __3.133__ ☐ G _____ |
| 2.13 4 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Stephen Nardoni | ☐ D _____ ■ E/F __3.134__ ☐ G _____ |
| 2.13 5 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Stephen Wolinetz | ☐ D _____ ■ E/F __3.135__ ☐ G _____ |
| 2.13 6 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Steven Napoli | ☐ D _____ ■ E/F __3.136__ ☐ G _____ |
| 2.13 7 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | The Hyman Cohen REV Trust | ☐ D _____ ■ E/F __3.137__ ☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.138 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | The Joshua Epstein 2009 Trust | ☐ D _____<br>■ E/F ___3.138___<br>☐ G _____ |
| 2.139 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | The Payroll Store Investments | ☐ D _____<br>■ E/F ___3.139___<br>☐ G _____ |
| 2.140 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Timothy Gold | ☐ D _____<br>■ E/F ___3.140___<br>☐ G _____ |
| 2.141 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | TLM Holdings LLC | ☐ D _____<br>■ E/F ___3.141___<br>☐ G _____ |
| 2.142 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | William Bonomo | ☐ D _____<br>■ E/F ___3.142___<br>☐ G _____ |
| 2.143 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | William Jebaily | ☐ D _____<br>■ E/F ___3.143___<br>☐ G _____ |
| 2.144 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Yehuda Biber | ☐ D _____<br>■ E/F ___3.144___<br>☐ G _____ |

| Debtor | **163-165 East 62nd Street Holding LLC** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** | | | |
| --- | --- | --- | --- | --- |
| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| 2.145 | **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Yoser & Elisheva Oratz** | ☐ D _____ ■ E/F _3.145_ ☐ G _____ |
| 2.146 | **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Zachary Stone** | ☐ D _____ ■ E/F _3.146_ ☐ G _____ |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name     **163-165 East 62nd Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:  Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other _____ | **Unknown** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

Debtor    **163-165 East 62nd Street Holding LLC**                          Case number *(if known)*

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Rella Fogliano, Joseph Breda, Marilyn Shendell, Attis Properties Inc, RNG WEA LLC, Jacqueline Martinez, Douglas Scibelli, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein, Robert Cicero Keith Hummel & Philip Healy vs 163-165 East 62nd Street Holding LLC, Bluestone 163-165 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 163-165 East 62nd Associates LLC 53540/2018** | | **Supreme Court NY, County Westchester** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **163-165 East 62nd Street Holding LLC**          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Herminio Torres and Barbara Vega**<br>**vs**<br>**Michael P. D'Alessio, Michael Paul Enterprises LLC, 163-165 East 62nd Street Holding LLC, 163-165 East 62nd Street Associates LLC, Bluestone 163-165 LLC, 43 Middle Pond Road LLC, 43 Middle Pond Road Holding LLC**<br>**651423/2018** | | **Supreme Court NY, County NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **163-165 East 62nd Street Holding LLC**    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosen & Associates P.C.** **747 Third Ave** **New York, NY 10017** | | **5/14/18** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Michael Paul Enterprises LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **4**

| Debtor | 163-165 East 62nd Street Holding LLC | Case number *(if known)* |
|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Greater Hudson Bank** **567 N. Broadway** **White Plains, NY 10603** | XXXX-3888 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 4/30/18 | $0.00 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | 163-165 East 62nd Street Holding LLC | Case number *(if known)* | _____ |

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Anthony Capeci CPA<br>1160 East Jericho Tpke<br>Suite 217<br>Huntington, NY 11743** | **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Debtor    **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Manager | 0 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **1516 Realty Group LLC** **97-77 Queens Blvd, TWR 3** **Rego Park, NY 11374** | **10,060.28** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| **Relationship to debtor** **Member** | | | |
| 30.2 **Adam Fields** **9769 Apricot Lane** **Beverly Hills, CA 90210** | **6,706.84** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| **Relationship to debtor** **Member** | | | |

Debtor   **163-165 East 62nd Street Holding LLC**                                Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Allan Miller**<br>**12 North Lane Drive**<br>**Armonk, NY 10504** | **6,706.84** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.4. | **Alvin Williams**<br>**8731 Page Circle**<br>**Huntington Beach, CA 92646** | **105,391.77** | **6/1/17 - 9/7/17** | **Guranteed Payments and Return of Investments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.5. | **Andrew West**<br>**33 Gateway Drive**<br>**Great Neck, NY 11021** | **13,413.71** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.6. | **Anita Gupta**<br>**2123 Williamsbridge Road**<br>**Bronx, NY 10461** | **10,060.28** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.7. | **Anthony Bonomo Sr.**<br>**10 Walter Lane**<br>**Manhasset, NY 11030** | **30,180.83** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.8. | **Anthony Bonomo Jr.**<br>**10 Walter Lane**<br>**Manhasset, NY 11030** | **6,706.84** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.9. | **Antonio Zaino**<br>**7 South Ridge Road**<br>**Brookfield, CT 06804** | **6,706.84** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.10. | **Arnold Waldman**<br>**581 Leheigh Lane**<br>**Woodmere, NY 11598** | **3,353.41** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                              Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 1. **Barbara Fiederlein Trust, David Fiederlein, Trustee 56 Majestic Ridge Carmel, NY 10512** | 3,353.41 | 6/1/17 - 10/1/17 | Guranteed Payments |
| **Relationship to debtor Member** | | | |
| 30.1 2. **Barry Blitstein 55 Ocean Avenue, #6B Monmouth Beach, NJ 07750** | 6,706.84 | 6/1/17 - 10/1/17 | Guranteed Payments |
| **Relationship to debtor Member** | | | |
| 30.1 3. **Barry Drucker 20 Long Ledge Drive Rye Brook, NY 10573** | 6,706.84 | 6/1/17 - 10/1/17 | Guranteed Payments |
| **Relationship to debtor Member** | | | |
| 30.1 4. **Barry Ipp 27 West Rock Trail Stamford, CT 06902** | 3,353.41 | 6/1/17 - 10/1/17 | Guranteed Payments |
| **Relationship to debtor Member** | | | |
| 30.1 5. **Bluestone 163-165 LLC 12 Water Street Suite 204 White Plains, NY 10601** | 342,363.50 | 6/1/17 - 10/1/17 | Guranteed Payments |
| **Relationship to debtor Member** | | | |
| 30.1 6. **Bruce Azus 9 Bensin Drive Melville, NY 11747** | 6,706.84 | 6/1/17 - 10/1/17 | Guranteed Payments |
| **Relationship to debtor Member** | | | |
| 30.1 7. **Canzone Contracting Corp 218 W. Lincoln Ave Mount Vernon, NY 10550** | 6,706.84 | 6/1/17 - 10/1/17 | Guranteed Payments |
| **Relationship to debtor Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 8. | **Carl Bonomo**<br>**49 Harvard Drive**<br>**Plainview, NY 11803** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 9. | **Carmine Lippolis**<br>**25 Seventh Street**<br>**Pelham, NY 10803** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2 0. | **Carol Merkel**<br>**323 Polaris Street**<br>**Dauphin Island, AL 36528** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2 1. | **Chantal Pick**<br>**866 Evergreen Drive**<br>**West Hempstead, NY 11552** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2 2. | **Charles Barovian**<br>**1763 West 9th Street**<br>**Brooklyn, NY 11223** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2 3. | **Clifford & Gail Bassett**<br>**535 East 86th Street**<br>**Apt #6J**<br>**New York, NY 10028** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2 4. | **Cohen Children Trust, David**<br>**Cohen Trustee**<br>**1875 Julian Lane**<br>**Merrick, NY 11566** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 5. | **Conrad Strohl**<br>**2 Larch Lane**<br>**Marlboro, NJ 07746** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2 6. | **Cy Blanco**<br>**104 Mildred Parkway**<br>**New Rochelle, NY 10804** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2 7. | **Cynthia Petretti**<br>**4 North Lane**<br>**Mahopac, NY 10541** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2 8. | **Daniel Rifkin**<br>**P.O. Box 9338**<br>**Bardonia, NY 10954** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2 9. | **Darren Kay**<br>**19 Fells Drive**<br>**Manalapan, NJ 07726** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.3 0. | **David & Rita Levy**<br>**25 Wren Drive**<br>**Roslyn, NY 11576** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.3 1. | **David & Susan Diamond**<br>**3677 East Tremont Ave**<br>**Bronx, NY 10465** | **13,413.71** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.3 2. | **David Bauer**<br>**31 Deepwood Road**<br>**Wilton, CT 06897** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| | **Relationship to debtor**<br>**Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 3. | **David Katz** **19 Cob Drive** **Westport, CT 06880** | **3,353.41** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.3 4. | **David Tesser** **1800 Merrick Road** **Merrick, NY 11566** | **6,706.84** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.3 5. | **Dennis Korchinski** **38 Red Oak Road** **Fairfield, CT 06824** | **10,060.28** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.3 6. | **Diamond Enterprises LLC** **3677 East Tremont Ave** **Bronx, NY 10465** | **57,008.20** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.3 7. | **Dodd Farber** **27 Wampus Lake Drive** **Armonk, NY 10504** | **6,706.84** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.3 8. | **Donald Konrad** **68 Pearl Farm Road** **Stamford, CT 06902** | **3,353.41** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.3 9. | **Douglas Scibelli** **124 Ludlow Street** **Apt 4C** **New York, NY 10002** | **6,706.84** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.4 0. | **Dov Kesselman** **317 Chestnut Street** **West Hempstead, NY 11552** | **3,353.41** | **6/1/17 - 10/1/17** | **Guranteed Payments** |
| | Relationship to debtor **Member** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **163-165 East 62nd Street Holding LLC**    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 1. | **Ed Tesser**<br>**2536 Army Place**<br>**Bellmore, NY 11710**<br><br>**Relationship to debtor**<br>**Member** | **3.353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| 30.4 2. | **Elizabeth Armstrong**<br>**10041 Sasser Lane**<br>**Mobile, AL 36695**<br><br>**Relationship to debtor**<br>**Member** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| 30.4 3. | **Erin Diamond**<br>**3677 East Tremont Ave**<br>**Bronx, NY 10465**<br><br>**Relationship to debtor**<br>**Member** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| 30.4 4. | **Fallon Rose LLC**<br>**Attn: Owen Grant**<br>**82 Wellington Road**<br>**Garden City, NY 11530**<br><br>**Relationship to debtor**<br>**Member** | **24,473.96** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| 30.4 5. | **Fiederlein Family 2012 Gift Tr**<br>**ust, B. Fiederlein Trustee**<br>**56 Majestic Ridge**<br>**Carmel, NY 10512**<br><br>**Relationship to debtor**<br>**Member** | **3,353.41** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| 30.4 6. | **Friedricks Associates LTD**<br>**Attn: Darryl Friedrick**<br>**235 W 76th Street, #5E**<br>**New York, NY 10023**<br><br>**Relationship to debtor**<br>**Member** | **6,706.84** | **6/1/17 -**<br>**10/1/17** | **Guranteed**<br>**Payments** |
| 30.4 7. | **Gerald Dolman**<br>**215 Montecito Crescent**<br>**Melville, NY 11747**<br><br>**Relationship to debtor**<br>**Member** | **108,065.76** | **6/1/17 - 8/1/17** | **Guranteed**<br>**Payments and**<br>**Return of**<br>**Investment** |

Debtor    **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.48. | **Gerald Levy** c/o Neil Levy 36 Woodmont Rd Melville, NY 11747 | 6,706.84 | 6/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** Member | | | |
| 30.49. | **Glenn Messinger** 5 Clipper Way Marblehead, MA 01945 | 3,353.41 | 6/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** Member | | | |
| 30.50. | **Golden Touch Investments LLC** 343 Sperry Road Bethany, CT 06524 | 6,706.84 | 6/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** Member | | | |
| 30.51. | **Grant & Fox LLC** 139 Fulton Street Room 907 New York, NY 10038 | 40,241.08 | 6/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** Member | | | |
| 30.52. | **Gregory Calabro** 22 Essex Road Maplewood, NJ 07040 | 3,353.41 | 6/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** Member | | | |
| 30.53. | **Harrilyn Dolman** 215 Montecito Crescent Melville, NY 11747 | 5,347.95 | 9/1/17-10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** Member | | | |
| 30.54. | **Harvey Stevens** 8 East 83rd Street Apt 10F New York, NY 10028 | 6,706.84 | 6/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** Member | | | |

Debtor   **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 5. | **Herminio Torres** **6916 58th Road** **Maspeth, NY 11378** | **6,706.84** | **6/1/17 - 10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.5 6. | **Hewlett Trading Co LLC** **Attn: Richard Berman** **3421 Hewlett Avenue** **Merrick, NY 11566** | **6,706.84** | **6/1/17 - 10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.5 7. | **Integrated Electronic Solutions Inc** **1053 Saw Mill River Rd** **Yonkers, NY 10710** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.5 8. | **Jack Perlman** **35 West 94th Street** **New York, NY 10025** | **7,758.89** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.5 9. | **Jaclyn Bonomo** **10 Walter Lane** **Manhasset, NY 11030** | **6,706.84** | **6/1/17 - 10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.6 0. | **Jacqueline Martinez** **9 Thomas Drive** **Hauppauge, NY 11788** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.6 1. | **Jason Griffith** **66 Hillside Crescent** **New Rochelle, NY 10804** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6 2. | **Jeffrey Mortman** **2 Stratton Drive** **Wayne, NJ 07470** **Relationship to debtor** **Member** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.6 3. | **Jeffrey Pinsky** **22 Highfield Avenue** **Port Washington, NY 11050** **Relationship to debtor** **Member** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.6 4. | **Jerry Pinsky** **163 Pondview Drive** **Port Washington, NY 11050** **Relationship to debtor** **Member** | **13,413.71** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.6 5. | **John Bonito** **9 Halock Drive** **Greenwich, CT 06831** **Relationship to debtor** **Member** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.6 6. | **John Cannon** **15 Farmington Lane** **Melville, NY 11747** **Relationship to debtor** **Member** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.6 7. | **John Ernenwein** **51 Osborne Road** **Garden City, NY 11530** **Relationship to debtor** **Member** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.6 8. | **Jon Hansburg** **19 Smith Farm Road** **Bedford, NY 10506** **Relationship to debtor** **Member** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.6 9. | **Joseph Breda** **438 Fifth Ave** **Pelham, NY 10803** **Relationship to debtor** **Member** | **20,120.55** | **6/1/17-10/1/17** | **Guaranteed Payments** |

Debtor    **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7 0. | **Joseph Dinoia** **15833 Double Eagle Trail** **Delray Beach, FL 33446** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.7 1. | **Josh Manson** **54 The Oaks** **Roslyn, NY 11576** | **10,060.25** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.7 2. | **Joshua & Angie Brown** **15 Tally Ho Lane** **Stamford, CT 06905** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.7 3. | **Judah Hammer** **301 Eastwood Road** **Woodmere, NY 11598** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.7 4. | **Julianne Bonomo** **10 Walter Lane** **Manhasset, NY 11030** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.7 5. | **Keith Hummel** **10 Carriage Hill Road** **West Harrison, NY 10604** | **10,060.28** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.7 6. | **Kurt Voellmicke** **20 Belvedere Court** **Ridgefield, CT 06877** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.7 7. | **Lawrence & Fara Tesser** **1968 Melthew Ct** **Merrick, NY 11566** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |

Debtor   **163-165 East 62nd Street Holding LLC**                     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7 8. | **Lawrence Dolin** <br> **11 Sands Court** <br> **Port Washington, NY 11050** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |
| 30.7 9. | **Lillian Fazio** <br> **8716 Crystal Rock Lane** <br> **Laurel, MD 20708** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |
| 30.8 0. | **Lisa West** <br> **33 Gateway Drive** <br> **Great Neck, NY 11021** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |
| 30.8 1. | **Luis Flores** <br> **11594 N. Quandry Dr** <br> **Tucson, AZ 85737** | **13,413.71** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |
| 30.8 2. | **Luise Barrack** <br> **47 Beechwood Road** <br> **Irvington, NY 10533** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |
| 30.8 3. | **MAF Realty Ventures LLC** <br> **Attn: Michael Finamore** <br> **8 Engineers Road** <br> **Roslyn, NY 11576** | **33,534.33** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |
| 30.8 4. | **Maria Pedersen** <br> **12 Byram Meadows** <br> **Chappaqua, NY 10514** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |
| 30.8 5. | **Marilyn Shendell** <br> **7 Sunrise Drive** <br> **Armonk, NY 10504** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** <br> **Member** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8 6. | **Mark Engel** **1 Forest Drive** **Port Washington, NY 11050** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.8 7. | **Mary Middelton** **3930 Grand Ave #308** **Des Moines, IA 50312** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.8 8. | **Matthew Engel** **19 Soundview** **Port Washington, NY 11050** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.8 9. | **Michael & Virginia Salvemini** **51 Stoney Drive** **Palm Beach Gardens, FL 33410** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.9 0. | **Michael Burden** **45 Stonewall Circle** **West Harrison, NY 10604** | **10,060.28** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.9 1. | **Michael Eigner** **3674 Toulouse Drive** **Palm Beach Gardens, FL 33410** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.9 2. | **Michael Kesselman** **317 Chestnut Street** **West Hempstead, NY 11552** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                                      Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9 3. | **Michael Shenker** **113 Harrison Road** **Wayne, NJ 07470** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.9 4. | **Michele DeFranco** **27 Valley Terrace** **Rye Brook, NY 10573** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.9 5. | **Monica Spier Rev.Trust U/A** **7/29/14, Monica Spier Trustee** **120 Bennett Ave. Apt 4L** **New York, NY 10033** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.9 6. | **Nadia Nedelcheva** **835 Woodbine Ave** **Mamaroneck, NY 10543** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.9 7. | **Nathan & Pearl Halegua** **c/o Jonis Realty** **6 Grace Ave, 4th Fl** **Great Neck, NY 11021** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.9 8. | **Neil Levy** **36 Woodmont Road** **Melville, NY 11747** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.9 9. | **Neil Ptashnik** **40 Forest Lake Drive** **West Harrison, NY 10604** | **10,060.28** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **163-165 East 62nd Street Holding LLC**                      Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 00. | **Nellie Giblaint** **10045 Waterford Way** **Mobile, AL 36695** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 01. | **Nicholas Guerriero** **7 Baltusrol Drive** **Purchase, NY 10577** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 02. | **P & R Family LLC** **Attn: Rochelle Kesselman** **P.O. Box 549** **West Hempstead, NY 11552** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 03. | **Paul Bunt** **21150 NE 38th Ave** **Apt 2901** **Aventura, FL 33180** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 04. | **PCJ Investments LLC** **Attn: Greg Blatt** **26 Flower House Drive** **Fairfield, CT 06824** | **6,709.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 05. | **Pensco Trust Company** **FBO James Wacht** **600 Madison Ave** **New York, NY 10022** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 06. | **Pensco Trust Company** **FBO Howard Rosen** **P.O. Box 173859** **Denver, CO 80217** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 07. | **David S. Cohen**<br>**48 Chester Ct**<br>**Cortlandt Manor, NY 10567** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 08. | **Peter Dreyfuss**<br>**440 East 79th Street**<br>**Apt 12B**<br>**New York, NY 10075** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 09. | **Peter Rosenthal**<br>**23 Percheron Lane**<br>**Roslyn Heights, NY 11577** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 10. | **Philip Malakoff**<br>**23 Old Field Lane**<br>**Great Neck, NY 11020** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 11. | **Philip Fiederlein**<br>**4 North Lane**<br>**Mahopac, NY 10541** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 12. | **Philip Goldstein Living Trust**<br>**P. Goldstein Trustee**<br>**3975 Segwick Ave Apt 4H**<br>**Bronx, NY 10463** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 13. | **Phyllis C. Cohen Irrev. Trust**<br>**David S. Cohen Trustee**<br>**48 Chester Ct**<br>**Cortlandt Manor, NY 10567** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 14. | **Ram Gupta**<br>**2123 Williamsbridge Road**<br>**Bronx, NY 10461**<br><br>Relationship to debtor<br>**Member** | **16,767.12** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.1 15. | **Rejis Realty LLC**<br>**c/o Mautner Glick Corp**<br>**1345 Third Ave**<br>**New York, NY 10075**<br><br>Relationship to debtor<br>**Member** | **50,301.36** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.1 16. | **Rella Fogliano**<br>**438 Fifth Avenue**<br>**Pelham, NY 10803**<br><br>Relationship to debtor<br>**Member** | **67,068.48** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.1 17. | **Richard Giliotti**<br>**7 Magnolia Drive**<br>**Purchase, NY 10577**<br><br>Relationship to debtor<br>**Member** | **13,413.71** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.1 18. | **RNG WEA LLC**<br>**Attn: Mitchell Newman**<br>**3 Oxford Court**<br>**Morganville, NJ 07751**<br><br>Relationship to debtor<br>**Member** | **13,413.71** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.1 19. | **Robert Cicero**<br>**1 Fox Ridge Drive**<br>**New Milford, CT 06776**<br><br>Relationship to debtor<br>**Member** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| 30.1 20. | **Robert Feldman**<br>**1249 Veeder Drive**<br>**Hewlett, NY 11557**<br><br>Relationship to debtor<br>**Member** | **20,120.55** | **6/1/17-10/1/17** | **Guaranteed Payments** |

Debtor   **163-165 East 62nd Street Holding LLC**                        Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 21. | **Robert Hochman** **75 Maiden Lane** **Suite 802** **New York, NY 10038** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 22. | **Robert Rosen** **1 Revere Lane** **Purchase, NY 10577** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 23. | **Robert Rosenthal** **1 Jericho Plaza** **Suite 201** **Jericho, NY 11753** | **30,180.80** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 24. | **Rochelle Kesselman** **317 Chestnut Street** **West Hempstead, NY 11552** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 25. | **Roger Colonna** **24 Basswood Drive** **Denville, NJ 07834** | **13,413.71** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 26. | **Roger Schneier** **8167 Valhalla Drive** **Delray Beach, FL 33446** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |
| 30.1 27. | **Ronald Garfunkel** **127 Church Hill Road** **Washington Depot, CT 06794** | **10,060.28** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor **Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 28. | **Ross Epstein**<br>**925 Monroe Lane**<br>**Hewlett Neck, NY 11598** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 29. | **Ross Goldenberg**<br>**116 Storer Ave**<br>**New Rochelle, NY 10801** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 30. | **Ross Weissman**<br>**4 Cypress Point Drive**<br>**Purchase, NY 10577** | **13,413.71** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 31. | **Attis Properties Inc**<br>**Attn: Michael Kohn**<br>**500 Mamaroneck Ave, Suite 320**<br>**Harrison, NY 10528** | **13,413.71** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 32. | **Saulyco LLC**<br>**Attn: Issac Stern**<br>**220 Surrey Road**<br>**Hillside, NJ 07205** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 33. | **Scott DeCarolis**<br>**26 Oak Drive**<br>**Upper Saddle River, NJ 07458** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 34. | **Shoshana Abramoff**<br>**4101 Pine Tree Drive**<br>**Apt # 1726**<br>**Miami Beach, FL 33140** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |

Debtor   **163-165 East 62nd Street Holding LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 35. | **Six Six Holdings 62nd St LLC**<br>**Att: Jordon Keltz**<br>**49 East 21st Street, Apt 9D**<br>**New York, NY 10010** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.1 36. | **Stephen Nardoni**<br>**305 East 24th Street**<br>**Apt LB**<br>**New York, NY 10010** | **4,010.94** | **4,010.94** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.1 37. | **Stephen Wolinetz**<br>**900 Willis Ave**<br>**Albertson, NY 11507** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.1 38. | **Steven Napoli**<br>**66 Tintern Lane**<br>**Scarsdale, NY 10583** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.1 39. | **The Hyman Cohen REV Trust**<br>**Attn: David Cohen**<br>**1875 Julian Lane**<br>**Merrick, NY 11566** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.1 40. | **The Joshua Epstein 2009 Trust**<br>**c/o Ross Epstein**<br>**925 Monroe Lane**<br>**Hewlett Neck, NY 11598** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.1 41. | **The Payroll Store Investments**<br>**Attn: Evan Steinbach**<br>**575 Underhill Blvd, Suite 205**<br>**Syosset, NY 11791** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |

Debtor    **163-165 East 62nd Street Holding LLC**                     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 42. | **Timothy Gold**<br>**4 Rolling Hill Rd**<br>**Old Westbury, NY 11568** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 43. | **TLM Holdings LLC**<br>**215 East 68th Street**<br>**Apt #17-Y**<br>**New York, NY 10065** | **10,060.28** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 44. | **William Bonomo**<br>**21 Sunset Blvd**<br>**Massapequa, NY 11758** | **10,060.28** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 45. | **William Jebaily**<br>**81 Iron Mine Drive**<br>**Staten Island, NY 10304** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 46. | **Yehuda Biber**<br>**1016 Crestwood Rd**<br>**Woodmere, NY 11598** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 47. | **Yoser & Elisheva Oratz**<br>**201 Davis Avenue**<br>**White Plains, NY 10605** | **6,706.84** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.1 48. | **Zachary Stone**<br>**1 Upland Woods Circle**<br>**#301**<br>**Norwood, MA 02062** | **3,353.41** | **6/1/17-10/1/17** | **Guaranteed Payments** |
| | Relationship to debtor<br>**Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

Debtor    **163-165 East 62nd Street Holding LLC**                                Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 7, 2018**

**/s/ Michael P. D'Alessio**                          **Michael P. D'Alessio**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   **163-165 East 62nd Street Holding LLC**                                    Case No. _____
                                                        Debtor(s)                         Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor          ■ Other (specify):     **Michael Paul Enterprises LLC**

3.   The source of compensation to be paid to me is:

☐ Debtor          ■ Other (specify):     **N/A**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **N/A**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  7, 2018**                                        **/s/ Sanford P. Rosen**
*Date*                                                   **Sanford P. Rosen (SR-4966)**
                                                         *Signature of Attorney*
                                                         **Rosen & Associates, P.C.**
                                                         **747 Third Avenue**
                                                         **Floor 20**
                                                         **New York, NY 10017-2803**
                                                         **(212) 223-1100  Fax: (212) 223-1102**
                                                         **srosen@rosenpc.com**
                                                         *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re   **163-165 East 62nd Street Holding LLC** _____

                                       Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 7, 2018** _____

                                        **/s/ Michael P. D'Alessio** _____
                                        **Michael P. D'Alessio/Manager**
                                        Signer/Title

1516 REALTY GROUP LLC
97-77 QUEENS BLVD, TWR 3
REGO PARK, NY 11374


ADAM FIELDS
9769 APRICOT LANE
BEVERLY HILLS, CA 90210


ALLAN MILLER
12 NORTH LANE DRIVE
ARMONK, NY 10504


ANDREW WEST
33 GATEWAY DRIVE
GREAT NECK, NY 11021


ANITA GUPTA
2123 WILLIAMSBRIDGE ROAD
BRONX, NY 10461


ANTHONY BASTONE
1913 BRONXDALE AVE
BRONX, NY 10462


ANTHONY BONOMO JR.
10 WALTER LANE
MANHASSET, NY 11030


ANTHONY BONOMO SR.
10 WALTER LANE
MANHASSET, NY 11030


ANTONIO ZAINO
7 SOUTH RIDGE ROAD
BROOKFIELD, CT 06804


ARNOLD WALDMAN
581 LEHEIGH LANE
WOODMERE, NY 11598


ATTIS PROPERTIES INC
ATTN: MICHAEL KOHN
500 MAMARONECK AVE, SUITE 320
HARRISON, NY 10528

BARBARA FIEDERLEIN TRUST,
DAVID FIEDERLEIN, TRUSTEE
56 MAJESTIC RIDGE
CARMEL, NY 10512


BARRY BLITSTEIN
55 OCEAN AVENUE, #6B
MONMOUTH BEACH, NJ 07750


BARRY DRUCKER
20 LONG LEDGE DRIVE
RYE BROOK, NY 10573


BARRY IPP
27 WEST ROCK TRAIL
STAMFORD, CT 06902


BRUCE AZUS
9 BENSIN DRIVE
MELVILLE, NY 11747


CANZONE CONTRACTING CORP
218 W. LINCOLN AVE
MOUNT VERNON, NY 10550


CARL BONOMO
49 HARVARD DRIVE
PLAINVIEW, NY 11803


CARMINE LIPPOLIS
25 SEVENTH STREET
PELHAM, NY 10803


CAROL MERKEL
323 POLARIS STREET
DAUPHIN ISLAND, AL 36528


CHANTAL PICK
866 EVERGREEN DRIVE
WEST HEMPSTEAD, NY 11552


CHARLES BAROVIAN
1763 WEST 9TH STREET
BROOKLYN, NY 11223

```
CLIFFORD & GAIL BASSETT
535 EAST 86TH STREET
APT #6J
NEW YORK, NY 10028


COHEN CHILDREN TRUST, DAVID
COHEN TRUSTEE
1875 JULIAN LANE
MERRICK, NY 11566


CONRAD STROHL
2 LARCH LANE
MARLBORO, NJ 07746


CY BLANCO
104 MILDRED PARKWAY
NEW ROCHELLE, NY 10804


CYNTHIA PETRETTI
4 NORTH LANE
MAHOPAC, NY 10541


DANIEL RIFKIN
P.O. BOX 9338
BARDONIA, NY 10954


DARREN KAY
19 FELLS DRIVE
MANALAPAN, NJ 07726


DAVID & SUSAN DIAMOND
3677 EAST TREMONT AVE
BRONX, NY 10465


DAVID BAUER
31 DEEPWOOD ROAD
WILTON, CT 06897


DAVID KATZ
19 COB DRIVE
WESTPORT, CT 06880


DAVID LEVY
25 WREN DRIVE
ROSLYN, NY 11576
```

DAVID S. COHEN
48 CHESTER CT
CORTLANDT MANOR, NY 10567


DAVID TESSER
1800 MERRICK ROAD
MERRICK, NY 11566


DENNIS KORCHINSKI
38 RED OAK ROAD
FAIRFIELD, CT 06824


DIAMOND ENTERPRISES LLC
3677 EAST TREMONT AVE
BRONX, NY 10465


DODD FARBER
27 WAMPUS LAKE DRIVE
ARMONK, NY 10504


DONALD KONRAD
68 PEARL FARM ROAD
STAMFORD, CT 06902


DOUGLAS SCIBELLI
124 LUDLOW STREET
APT 4C
NEW YORK, NY 10002


DOV KESSELMAN
317 CHESTNUT STREET
WEST HEMPSTEAD, NY 11552


ED TESSER
2536 ARMY PLACE
BELLMORE, NY 11710


ELIZABETH ARMSTRONG
10041 SASSER LANE
MOBILE, AL 36695


ERIN DIAMOND
3677 EAST TREMONT AVE
BRONX, NY 10465

FALLON ROSE LLC
ATTN: OWEN GRANT
82 WELLINGTON ROAD
GARDEN CITY, NY 11530


FIEDERLEIN FAMILY 2012 GIFT TR
UST, B. FIEDERLEIN TRUSTEE
56 MAJESTIC RIDGE
CARMEL, NY 10512


FRIEDRICKS ASSOCIATES LTD
ATTN: DARRYL FRIEDRICK
235 W 76TH STREET, #5E
NEW YORK, NY 10023


GERALD LEVY
C/O NEIL LEVY
36 WOODMONT RD
MELVILLE, NY 11747


GLENN MESSINGER
5 CLIPPER WAY
MARBLEHEAD, MA 01945


GOLDEN TOUCH INVESTMENTS LLC
343 SPERRY ROAD
BETHANY, CT 06524


GRANT & FOX LLC
139 FULTON STREET
ROOM 907
NEW YORK, NY 10038


GREGORY CALABRO
22 ESSEX ROAD
MAPLEWOOD, NJ 07040


HARRILYN DOLMAN
215 MONTECITO CRESCENT
MELVILLE, NY 11747


HARVEY STEVENS
8 EAST 83RD STREET
APT 10F
NEW YORK, NY 10028

HERMINIO TORRES
6916 58TH ROAD
MASPETH, NY 11378


HEWLETT TRADING CO LLC
ATTN: RICHARD BERMAN
3421 HEWLETT AVENUE
MERRICK, NY 11566


HOWARD ROSEN
4 HORIZON ROAD # 1006
FORT LEE, NJ 07024


INTEGRATED ELECTRONIC
SOLUTIONS INC
1053 SAW MILL RIVER RD
YONKERS, NY 10710


JACK PERLMAN
35 WEST 94TH STREET
NEW YORK, NY 10025


JACLYN BONOMO
10 WALTER LANE
MANHASSET, NY 11030


JACQUELINE MARTINEZ
9 THOMAS DRIVE
HAUPPAUGE, NY 11788


JASON GRIFFITH
66 HILLSIDE CRESCENT
NEW ROCHELLE, NY 10804


JEFFREY MORTMAN
2 STRATTON DRIVE
WAYNE, NJ 07470


JEFFREY PINSKY
22 HIGHFIELD AVENUE
PORT WASHINGTON, NY 11050


JERRY PINSKY
163 PONDVIEW DRIVE
PORT WASHINGTON, NY 11050

JOHN BONITO
9 HALOCK DRIVE
GREENWICH, CT 06831


JOHN CANNON
15 FARMINGTON LANE
MELVILLE, NY 11747


JOHN ERNENWEIN
51 OSBORNE ROAD
GARDEN CITY, NY 11530


JON HANSBURG
19 SMITH FARM ROAD
BEDFORD, NY 10506


JOSEPH BREDA
438 FIFTH AVE
PELHAM, NY 10803


JOSEPH DINOIA
15833 DOUBLE EAGLE TRAIL
DELRAY BEACH, FL 33446


JOSH MANSON
54 THE OAKS
ROSLYN, NY 11576


JOSHUA & ANGIE BROWN
15 TALLY HO LANE
STAMFORD, CT 06905


JUDAH HAMMER
301 EASTWOOD ROAD
WOODMERE, NY 11598


JULIANNE BONOMO
10 WALTER LANE
MANHASSET, NY 11030


KEITH HUMMEL
10 CARRIAGE HILL ROAD
WEST HARRISON, NY 10604

```
KLEIN WEALTH MGMT HIGHTOWER
445 BROAD HOLLOW RD
SUITE 332
MELVILLE, NY 11747


KURT VOELLMICKE
20 BELVEDERE COURT
RIDGEFIELD, CT 06877


LAW OF JUDD R. SPRAY
450 SEVENTH AVE, 33RD FL
NEW YORK, NY 10123


LAWRENCE & FARA TESSER
1968 MELTHEW CT
MERRICK, NY 11566


LAWRENCE DOLIN
11 SANDS COURT
PORT WASHINGTON, NY 11050


LILLIAN FAZIO
8716 CRYSTAL ROCK LANE
LAUREL, MD 20708


LISA WEST
33 GATEWAY DRIVE
GREAT NECK, NY 11021


LUIS FLORES
11594 N. QUANDRY DR
TUCSON, AZ 85737


LUISE BARRACK
47 BEECHWOOD ROAD
IRVINGTON, NY 10533


MAF REALTY VENTURES LLC
ATTN: MICHAEL FINAMORE
8 ENGINEERS ROAD
ROSLYN, NY 11576


MARIA PEDERSEN
12 BYRAM MEADOWS
CHAPPAQUA, NY 10514
```

MARILYN SHENDELL
7 SUNRISE DRIVE
ARMONK, NY 10504


MARK ENGEL
1 FOREST DRIVE
PORT WASHINGTON, NY 11050


MARY MIDDELTON
3930 GRAND AVE #308
DES MOINES, IA 50312


MATTHEW ENGEL
19 SOUNDVIEW
PORT WASHINGTON, NY 11050


MICHAEL & VIRGINIA SALVEMINI
51 STONEY DRIVE
PALM BEACH GARDENS, FL 33410


MICHAEL BURDEN
45 STONEWALL CIRCLE
WEST HARRISON, NY 10604


MICHAEL EIGNER
3674 TOULOUSE DRIVE
PALM BEACH GARDENS, FL 33410


MICHAEL KESSELMAN
317 CHESTNUT STREET
WEST HEMPSTEAD, NY 11552


MICHAEL P. D'ALESSIO
265 EAST 66TH STREET
APT 28F
NEW YORK, NY 10065


MICHAEL SHENKER
113 HARRISON ROAD
WAYNE, NJ 07470


MICHELE DEFRANCO
27 VALLEY TERRACE
RYE BROOK, NY 10573

MONICA SPIER REV.TRUST U/A
7/29/14, MONICA SPIER TRUSTEE
120 BENNETT AVE. APT 4L
NEW YORK, NY 10033


NADIA NEDELCHEVA
835 WOODBINE AVE
MAMARONECK, NY 10543


NATHAN & PEARL HALEGUA
C/O JONIS REALTY
6 GRACE AVE, 4TH FL
GREAT NECK, NY 11021


NEIL LEVY
36 WOODMONT ROAD
MELVILLE, NY 11747


NEIL PTASHNIK
40 FOREST LAKE DRIVE
WEST HARRISON, NY 10604


NELLIE GIBLAINT
10045 WATERFORD WAY
MOBILE, AL 36695


NICHOLAS GUERRIERO
7 BALTUSROL DRIVE
PURCHASE, NY 10577


P & R FAMILY LLC
ATTN: ROCHELLE KESSELMAN
P.O. BOX 549
WEST HEMPSTEAD, NY 11552


PAUL BUNT
21150 NE 38TH AVE
APT 2901
AVENTURA, FL 33180


PCJ INVESTMENTS LLC
ATTN: GREG BLATT
26 FLOWER HOUSE DRIVE
FAIRFIELD, CT 06824

```
PENSCO TRUST COMPANY
FBO HOWARD ROSEN
P.O. BOX 173859
DENVER, CO 80217


PENSCO TRUST COMPANY
FBO JAMES WACHT
600 MADISON AVE
NEW YORK, NY 10022


PETER DREYFUSS
440 EAST 79TH STREET
APT 12B
NEW YORK, NY 10075


PETER ROSENTHAL
23 PERCHERON LANE
ROSLYN HEIGHTS, NY 11577


PHILIP FIEDERLEIN
4 NORTH LANE
MAHOPAC, NY 10541


PHILIP GOLDSTEIN LIVING TRUST
P. GOLDSTEIN TRUSTEE
3975 SEGWICK AVE APT 4H
BRONX, NY 10463


PHILIP MALAKOFF
23 OLD FIELD LANE
GREAT NECK, NY 11020


PHYLLIS C. COHEN IRREV. TRUST
DAVID S. COHEN TRUSTEE
48 CHESTER CT
CORTLANDT MANOR, NY 10567


RAM GUPTA
2123 WILLIAMSBRIDGE ROAD
BRONX, NY 10461


REJIS REALTY LLC
C/O MAUTNER GLICK CORP
1345 THIRD AVE
NEW YORK, NY 10075
```

RELLA FOGLIANO
438 FIFTH AVENUE
PELHAM, NY 10803


RICHARD GILIOTTI
7 MAGNOLIA DRIVE
PURCHASE, NY 10577


RNG WEA LLC
ATTN: MITCHELL NEWMAN
3 OXFORD COURT
MORGANVILLE, NJ 07751


ROBERT CICERO
1 FOX RIDGE DRIVE
NEW MILFORD, CT 06776


ROBERT FELDMAN
1249 VEEDER DRIVE
HEWLETT, NY 11557


ROBERT HOCHMAN
75 MAIDEN LANE
SUITE 802
NEW YORK, NY 10038


ROBERT ROSEN
1 REVERE LANE
PURCHASE, NY 10577


ROBERT ROSENTHAL
1 JERICHO PLAZA
SUITE 201
JERICHO, NY 11753


ROCHELLE KESSELMAN
317 CHESTNUT STREET
WEST HEMPSTEAD, NY 11552


ROGER COLONNA
24 BASSWOOD DRIVE
DENVILLE, NJ 07834

ROGER SCHNEIER
8167 VALHALLA DRIVE
DELRAY BEACH, FL 33446

RONALD GARFUNKEL
127 CHURCH HILL ROAD
WASHINGTON DEPOT, CT 06794

ROSENFELD & KAPLAN LLP
1180 AVE OF THE AMERICAS
SUITE 1920
NEW YORK, NY 10036

ROSS EPSTEIN
925 MONROE LANE
HEWLETT NECK, NY 11598

ROSS GOLDENBERG
116 STORER AVE
NEW ROCHELLE, NY 10801

ROSS WEISSMAN
4 CYPRESS POINT DRIVE
PURCHASE, NY 10577

SAULYCO LLC
ATTN: ISSAC STERN
220 SURREY ROAD
HILLSIDE, NJ 07205

SCOTT DECAROLIS
26 OAK DRIVE
UPPER SADDLE RIVER, NJ 07458

SHOSHANA ABRAMOFF
4101 PINE TREE DRIVE
APT # 1726
MIAMI BEACH, FL 33140

SIX SIX HOLDINGS 62ND ST LLC
ATT: JORDON KELTZ
49 EAST 21ST STREET, APT 9D
NEW YORK, NY 10010

STEPHEN NARDONI
305 EAST 24TH STREET
APT LB
NEW YORK, NY 10010


STEPHEN WOLINETZ
900 WILLIS AVE
ALBERTSON, NY 11507


STEVEN NAPOLI
66 TINTERN LANE
SCARSDALE, NY 10583


THE HYMAN COHEN REV TRUST
ATTN: DAVID COHEN
1875 JULIAN LANE
MERRICK, NY 11566


THE JOSHUA EPSTEIN 2009 TRUST
C/O ROSS EPSTEIN
925 MONROE LANE
HEWLETT NECK, NY 11598


THE PAYROLL STORE INVESTMENTS
ATTN: EVAN STEINBACH
575 UNDERHILL BLVD, SUITE 205
SYOSSET, NY 11791


TIMOTHY GOLD
4 ROLLING HILL RD
OLD WESTBURY, NY 11568


TLM HOLDINGS LLC
215 EAST 68TH STREET
APT #17-Y
NEW YORK, NY 10065


WILLIAM BONOMO
21 SUNSET BLVD
MASSAPEQUA, NY 11758


WILLIAM JEBAILY
81 IRON MINE DRIVE
STATEN ISLAND, NY 10304

YEHUDA BIBER
1016 CRESTWOOD RD
WOODMERE, NY 11598


YOSER & ELISHEVA ORATZ
201 DAVIS AVENUE
WHITE PLAINS, NY 10605


ZACHARY STONE
1 UPLAND WOODS CIRCLE
#301
NORWOOD, MA 02062

# United States Bankruptcy Court
## Southern District of New York

In re  **163-165 East 62nd Street Holding LLC**

Debtor(s)

Case No. 

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **163-165 East 62nd Street Holding LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  7, 2018**

Date

**/s/ Sanford P. Rosen**

**Sanford P. Rosen (SR-4966)**

Signature of Attorney or Litigant

Counsel for  **163-165 East 62nd Street Holding LLC**

**Rosen & Associates, P.C.**
**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
**(212) 223-1100 Fax:(212) 223-1102**
**srosen@rosenpc.com**